S. Peter Serrano
United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No.: 2:25-CR-0119-TOR |
|---|---|
| Plaintiff, | |
| v. | Motion for Detention |
| BERNADINO DWITE HAMILTON, | |
| Defendant. | |

The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

A.  <u>18 U.S.C. § 3142(e) and (f)</u>

   1.  <u>Eligibility of Case</u>

This case is eligible for a detention order because the case involves (check one or more):

☒   Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 77, 109A, 110 and 117);

☐   A violation of 18 U.S.C. § 1591;

Motion for Detention - 1

1. ☐ An offense listed in 18 U.S.C. § 2332b(g)(5)(B) with maximum penalty of 10 years or more;

    ☐ Maximum penalty of life imprisonment or death;

    ☐ Drug offense with maximum penalty of 10 years or more;

    ☐ Felony, with two prior convictions in above categories;

    ☒ Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device as those terms are defined in 18 U.S.C. § 921, or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

    ☒ Minor Victim    ☐ Firearm    ☐ Destructive Device

    ☐ Dangerous Weapon    ☐ Failure to Register

    ☒ Serious risk Defendant will flee (as specified below); or

    ☒ Serious risk obstruction of justice (as specified below).

2. <u>Reason for Detention</u>

The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure (check one or both):

    ☒ Defendant's appearance as required; or

    ☒ Safety of any other person and the community.

3. <u>Rebuttable Presumption</u>.

The United States

    ☒ will

Motion for Detention - 2

1      ☐     will not

2 invoke the rebuttable presumption against Defendant under 18 U.S.C. § 3142(e).

3      If the United States is invoking the presumption, it applies because there is

4 probable cause to believe Defendant committed:

5         ☐     Drug offense with maximum penalty of 10 years or more;

6         ☐     An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;

7         ☐     An offense under 18 U.S.C. § 2332b(g)(5)(B) for which a maximum

8 term of imprisonment of 10 years or more is prescribed;

9         ☐     An offense under chapter 77 of Title 18, United States Code, for

10 which a maximum term of imprisonment of 20 years or more is prescribed;

11         ☒     An offense involving a minor victim under 18 U.S.C. §§ 1201, 1591,

12 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3),

13 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or

14 2425;

15         ☐     Other circumstances as defined in 18 U.S.C. § 3142(e)(2).

16     4.     <u>Time for Detention Hearing</u>

17      The United States requests that the Court conduct the detention hearing:

18         ☐     At the first appearance, or

19         ☒     After a continuance of three days.

20 B.     <u>No Contact Order</u>

21

Motion for Detention - 3

The United States further requests, in addition to pretrial confinement, that Defendant be subject to the following condition:

Defendant shall have no contact whatsoever, direct or indirect, with any persons Defendant knows or reasonably should know are or may become a victim or potential witness in the subject investigation or prosecution. Prohibited forms of contact include, but are not limited to, telephone, mail, email, text, video, social media, and/or any contact through any third person or parties.

Dated: August 18, 2025.

S. Peter Serrano
United States Attorney

*s/ Ann T. Wick*
Ann T. Wick
Assistant United States Attorney

Motion for Detention - 4

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

<u>s/ Annt T. Wick</u>
Ann T. Wick
Assistant United States Attorney